IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | §   CRIMINAL NO. 20-26-01 |
| Victor Ricardo Camacho, | § |

## WAIVER OF TRIAL LIMITS

    As the Defendant in the above captioned cause, I desire to waive my right to be tried within the time limits set forth by the 1980 Plan for the United States District Court for the Southern District of Texas for Prompt Disposition of Criminal Cases, which was promulgated pursuant to Rule 40(b), Federal Rules of Criminal Procedure, and the Speedy Trial Act (18 USC §3161-3174).

    In signing this waiver, I am fully aware that criminal matters are to be given preference on the Court's docket and that the above Plan requires that my trial commence within 90 days following the beginning of my continuous custody solely for the purpose of trial on this federal charge; or, within 70 days after the date on which the indictment or information was filed or unsealed, or the date of my first appearance before a judicial officer of this district in connection with the offense, whichever date is later. Further, I am fully aware that failure of the Court to comply with the time limits set forth by the above Plan without my consent may justify dismissal of this action for unnecessary delay. Lastly, I am fully aware that this Court is not designating a definite date for the trial of my case and is only representing that it is to be tried at the earliest practicable date consistent with other docket requirements.

    I have consulted with my attorney regarding the waiver of my right to be tried within the time limits set forth by the above plan, and he agrees with my decision.

DATE: 2/27/20

_____
Defendant

_____
Counsel for Defendant