Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § | CRIMINAL NO: **4:20-cr-26** |
| v. | | |
| VICTOR CAMACHO | | |

## ORDER FOR ISSUANCE OF NOTICE

A <u>SUPERSEDING INDICTMENT</u> has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant <u>May 19, 2021</u>

at <u>2:00 p.m.</u> .

SIGNED at Houston, Texas, on <u>May 13, 2021.</u>

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE