United States District Court
Southern District of Texas

**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs | § § | Criminal H-20-26 |
| Victor Camacho -2 | § § § § | Judge Gregg Costa |

### *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by          July 2, 2021

2. RESPONSES will be filed by        July 16, 2021

3. OBJECTIONS will be filed by       August 4, 2021

4. JURY selection set for will be held before        August 9, 2021
   Judge Costa , Courtroom 9F 9th<sup>th</sup> Floor              at 9:00 AM

5. Speedy trial limits waived? (yes/no)

6. Estimated Trial Time

Direct questions about this schedule to JESUS GUAJARDO, Case Manager to United States District Judge Gregg Costa, jesus_guajardo@txs.uscourts.gov, 713-250-5500.

SIGNED ON 6/3/2021 at Houston, Texas.

_____
United States Magistrate Judge