UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:20-CR-26-2 |
| | § | |
| VICTOR CAMACHO, | § | |
| Defendant. | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on March 1, 2022, and became final as to the defendant Victor Camacho on the same date, shall be made part of the defendant's sentence and included in the judgment.

SIGNED and ORDERED this ___13th___ day of ___July___, 2022.

_____
GREGG COSTA
United States Circuit Judge