# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-20-26-20 |
| | § | |
| BRYAN MARTINEZ | § | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT, OR IN THE ALTERNATIVE, MOTION TO ABATE COMPETENCY HEARING

The Defendant's Motion to Dismiss is:

      GRANTED _____

      DENIED _____

The Defendant's Motion to Abate is

      GRANTED _____

      DENIED _____.

Signed on _____, 2023.

      _____
      Honorable Lee Rosenthal